IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES F. BROWN                                                               PLAINTIFF

VS.                                        CASE NO. 06-CV-1020

SHERIFF KEN JONES; JAIL
ADMINISTRATOR DARRELL
EASTER; NURSE DEBBIE HOWARD;
and KITCHEN SUPERVISOR TESS MASSEY                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on September 21, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 30). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motions to Dismiss (Doc. Nos. 27 and 29) should be and hereby are granted. Plaintiff James F. Brown's Complaint is hereby dismissed on the ground that he has failed to comply with the orders of this Court and has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

IT IS SO ORDERED, this 9th day of October, 2007.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge